■ ALESSANDRINA RUZZO et al., Appellants, v. KINGSTON TRUST COMPANY, as Executor of GEORGE F. KAUFMAN, Deceased, Respondent. In the Matter of R. MONELL HERZBERG et al., Respondents. 23–27 GRAND STREET, INC., Appellant.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before February 20, 1960, and are ready for argument at the March Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of ELIZABETH WANNEMACHER, Respondent, against WANNEMACHER BAKER, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH W. LA RUSSO, Appellant.— Motion for assignment of counsel granted and John A. Kosinski, Jr., Esq., attorney at law, of Amsterdam, New York, is assigned as counsel for appellant. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER KADIO, Appellant.— Application for an extension of time within which to perfect appeal. Application denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ VERNETTA RUSSELL, as Limited Administratrix of the Estate of EDWARD L. RUSSELL, Deceased, Respondent, v. NEW YORK STATE ELECTRIC & GAS CORPORATION et al., Defendants-Appellants. NEW YORK STATE ELECTRIC & GAS CORPORATION, Third-Party Plaintiff-Appellant, v. BRADLEY & WILLIAMS, INC., THIRD-PARTY Defendant-Respondent. GLEN PRENTICE, Respondent, v. NEW YORK STATE ELECTRIC & GAS CORPORATION et al., Defendants-Appellants. NEW YORK STATE ELECTRIC & GAS CORPORATION, Third-Party Plaintiff-Appellant, v. BRADLEY & WILLIAMS, INC., Third-Party Defendant-Respondent.— Motion to dismiss appeals granted, without costs, unless appellants perfect appeals, file note of issue, and file and serve record on or before March 15, 1960 and file and serve appellants' brief on or before April 15, 1960 and be ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MONROE PINKNEY, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for an extension of time within which to perfect appeal. Motion denied upon the ground that it is unnecessary in this civil proceeding. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Probate of the Will of MONROE L. DIX, Deceased.— Motion to dismiss appeal (1) for failure of compliance with rule 234 of the Rules of Civil Practice and (2) for failure to serve notice of appeal upon all parties interested or appearing in the proceeding, granted, upon the ground first stated, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before February 15, 1960 and are ready for argument at the March Term of this court, without prejudice, in such event, to the renewal of such motion on the second ground stated, upon the argument. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.